Opinion filed December 20, 2007











 
 
  
 
 







 
 
  
 
 




Opinion filed December 20, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00257-CV

                                                    __________

 

                                   BASILIO S. RAMIREZ, Appellant

 

                                                             V.

 

                                        HILDA
RAMIREZ, Appellee

 



 

                                         On
Appeal from the 358th District Court

 

                                                           Ector
County, Texas

 

                                                Trial
Court Cause No. D-122,981

 



 

                                            M
E M O R A N D U M    O P I N I O N

Basilio
S. Ramirez has filed in this court a motion to withdraw his appeal.  The motion
is granted, and the appeal is dismissed.

 

PER CURIAM

December 20,
2007

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.